UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In RE: | Case No. 5:18-bk-01673-RNO |
|---|---|
| EDWARD JAMES KAUSHAS, JR., D/B/A KAUSHAS LAW, <br>    DEBTORS | Chapter 7 |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of creditor, Cross Valley Federal Credit Union.

       Respectfully submitted,

       OLIVER, PRICE & RHODES

       By s/ John R. O'Brien
       John R. O'Brien, Esquire
       Attorney I.D. No. 30945
       1212 South Abington Road
       PO Box 240
       Clarks Summit, PA 18411
       (570) 585-1200
       fax (570)585-5100
       email: jrob@oprlaw.com

## Certificate of Service

I, John R. O'Brien, hereby certify that I served a true and correct copy of the aforegoing Entry of Appearance in accordance with Federal Bankruptcy Rules of Civil Procedure as follows:

Edward James Kushas, Esquire

s/ John R. O'Brien

2