**Fill in this information to identify your case:**

Debtor 1  Edward   James   Kaushas
         First Name  Middle Name  Last Name

Debtor 2  _____
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number  5:18-bk-01673-RNO
             (If known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................. $ 290000

   1b. Copy line 62, Total personal property, from *Schedule A/B*................................................ $ 65038

   1c. Copy line 63, Total of all property on *Schedule A/B* ......................................................... $ 355038

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ $ 266000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................ $ 70000

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................... + $ 102551

   **Your total liabilities** $ 438551

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.......................................... $ 4900

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ....................................................... $ 9050

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 1 of 2

Case 5:18-bk-01673-RNO  Doc 19  Filed 05/15/18  Entered 05/15/18 10:40:52  Desc
                        Main Document    Page 1 of 7

Debtor 1 Edward James Kaushas         Case number (*if known*) 5:18-bk-01673-RNO
First Name   Middle Name   Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.           $ _____1000

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
   |---|---|
   | 9a. Domestic support obligations (Copy line 6a.) | $_____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
   | 9d. Student loans. (Copy line 6f.) | $_____50000 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
   | 9g. **Total.** Add lines 9a through 9f. | $_____50000 |

**Fill in this information to identify your case:**

Debtor 1: Edward James Kaushas
 First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 5:18-bk-01673-RNO
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                                        12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
| **Occupation** | Attorney | |
| **Employer's name** | | |
| **Employer's address** | _____ <br> Number  Street <br> _____ <br> _____ <br> _____ <br> City  State  ZIP Code | _____ <br> Number  Street <br> _____ <br> _____ <br> _____ <br> City  State  ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. +$_____ | +$_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $_____ | $_____ |

Official Form 106I                                    Schedule I: Your Income                                    page 1

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here............................................................... → | 4. | $_____ | $_____ |

5. **List all payroll deductions:**

    5a. **Tax, Medicare, and Social Security deductions**     5a.  $_____   $_____
    5b. **Mandatory contributions for retirement plans**      5b.  $_____   $_____
    5c. **Voluntary contributions for retirement plans**      5c.  $_____   $_____
    5d. **Required repayments of retirement fund loans**      5d.  $_____   $_____
    5e. **Insurance**                                         5e.  $_____   $_____
    5f. **Domestic support obligations**                      5f.  $_____   $_____
    5g. **Union dues**                                        5g.  $_____   $_____
    5h. **Other deductions.** Specify: _____    5h. **+** $_____  **+** $_____

6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $_____   $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $_____   $_____

8. **List all other income regularly received:**

    8a. **Net income from rental property and from operating a business, profession, or farm**
    
    Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $_____4400   $_____
    
    8b. **Interest and dividends**   8b.   $_____   $_____
    
    8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
    
    Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $_____   $_____
    
    8d. **Unemployment compensation**   8d.   $_____   $_____
    
    8e. **Social Security**   8e.   $_____   $_____
    
    8f. **Other government assistance that you regularly receive**
    
    Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
    Specify: Contributions from Girlfriend (contributes to utilities)   8f.   $_____   $_____
    
    8g. **Pension or retirement income**   8g.   $_____   $_____
    
    8h. **Other monthly income.** Specify: _____   8h. **+** $_____  **+** $_____

9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $_____4400   $_____

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $_____4400  **+**  $_____  **=**  $_____4400

11. **State all other regular contributions to the expenses that you list in Schedule J.**

    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: Contributions from Girlfriend (contributes to utilities) _____   11. **+** $_____500

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12.   $_____4900
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    ❏ No.
    ☑ Yes. Explain: Contributions from girlfriend will be ending on or before May 31, 2018.

**Fill in this information to identify your case:**

Debtor 1: Edward James Kaushas
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 5:18-bk-01673-RNO
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent...........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 6 | ☐ No ☑ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  4. $ 1391

   **If not included in line 4:**

   4a. Real estate taxes  4a. $ 1000
   4b. Property, homeowner's, or renter's insurance  4b. $ 125
   4c. Home maintenance, repair, and upkeep expenses  4c. $ 150
   4d. Homeowner's association or condominium dues  4d. $ 170

Official Form 106J  **Schedule J: Your Expenses**  page 1

Debtor 1  Edward    James    Kaushas         Case number (if known) 5:18-bk-01673-RNO
        First Name  Middle Name  Last Name

|     |                                                                                                  | Your expenses |
| --- | ------------------------------------------------------------------------------------------------ | -------------: |
| 5.  | **Additional mortgage payments for your residence**, such as home equity loans            5.    | $ 9050         |
| 6.  | **Utilities:**                                                                                   |                |
|     | 6a. Electricity, heat, natural gas                                                          6a. | $ 250          |
|     | 6b. Water, sewer, garbage collection                                                        6b. | $ 100          |
|     | 6c. Telephone, cell phone, Internet, satellite, and cable services                          6c. | $ 350          |
|     | 6d. Other. Specify: _____                                          6d. | $              |
| 7.  | **Food and housekeeping supplies**                                                           7. | $ 500          |
| 8.  | **Childcare and children's education costs**                                                 8. | $ 1000         |
| 9.  | **Clothing, laundry, and dry cleaning**                                                      9. | $ 100          |
| 10. | **Personal care products and services**                                                    10. | $ 50           |
| 11. | **Medical and dental expenses**                                                             11. | $ 100          |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. 12. | $ 400          |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**                     13. | $ 100          |
| 14. | **Charitable contributions and religious donations**                                       14. | $ 50           |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.    |                |
|     | 15a. Life insurance                                                                        15a. | $              |
|     | 15b. Health insurance                                                                      15b. | $              |
|     | 15c. Vehicle insurance                                                                     15c. | $ 265          |
|     | 15d. Other insurance. Specify:_____                                       15d. | $              |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ 16. | $ 2000 |
| 17. | **Installment or lease payments:**                                                              |                |
|     | 17a. Car payments for Vehicle 1                                                            17a. | $ 676          |
|     | 17b. Car payments for Vehicle 2                                                            17b. | $ 564          |
|     | 17c. Other. Specify:_____                                                 17c. | $              |
|     | 17d. Other. Specify:_____                                                 17d. | $              |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** 18. | $ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ 19. | $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** |                |
|     | 20a. Mortgages on other property                                                           20a. | $ 587          |
|     | 20b. Real estate taxes                                                                     20b. | $ 100          |
|     | 20c. Property, homeowner's, or renter's insurance                                          20c. | $              |
|     | 20d. Maintenance, repair, and upkeep expenses                                              20d. | $ 150          |
|     | 20e. Homeowner's association or condominium dues                                           20e. | $              |

Official Form 106J         **Schedule J: Your Expenses**                       page **2**

21. **Other**. Specify: _____  21.  +$_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.  22a.  $_____ 9050

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  22b.  $_____

    22c. Add line 22a and 22b. The result is your monthly expenses.  22c.  $_____ 9050

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.  23a.  $_____ 4900

    23b. Copy your monthly expenses from line 22c above.  23b.  – $_____ 9050

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.  23c.  $_____ -4910

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ❏ No.
    ☑ Yes.  Explain here:  Contributions from girlfriend will be ending on or before May 31, 2018. This will result in increased expenses.